BHW: USAO 2019R00465

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 JUL 24 A 11: 22
CLERK'S OFFICE
AT GREENBELT
BY ____

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. PWG 19cr353 |
| | * |
| DANTE TYLER-EL, | *   (Carjacking, 18 U.S.C. § 2119; Use, |
| | *   Carry, and Brandish a Firearm During |
| Defendant | *   and in Relation to a Crime of Violence, |
| | *   18 U.S.C. § 924(c); Felon in Possession |
| | *   of a Firearm, 18 U.S.C. § 922(g); |
| | *   Forfeiture, 18 U.S.C. §§ 924(d) and |
| | *   982(a)(5), 21 U.S.C. § 853(p), |
| | *   28 U.S.C. § 2461(c)) |
| | * |

*******

## INDICTMENT

### COUNT ONE
**(Carjacking)**

The Grand Jury for the District of Maryland charges that:

On or about June 5, 2019, in the District of Maryland, the defendant,

**DANTE TYLER-EL,**

took a motor vehicle, that is, a 2016 Acura MDX, that had been transported, shipped, and received in interstate commerce, from, and in the presence of, Victim 1 by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

18 U.S.C. § 2119

## COUNT TWO
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 5, 2019, in the District of Maryland, the defendant,

### DANTE TYLER-EL,

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count One of this Indictment and incorporated here.

18 U.S.C. § 924(c)(1)(A)(i) & (ii)

## COUNT THREE
### (Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about June 6, 2019, in the District of Maryland, the defendant,

**DANTE TYLER-EL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Walther PK380 pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Counts One through Three of this Indictment.

### Carjacking Forfeiture

2. As a result of the offense set forth in Count One of this Indictment, the defendant,

**DANTE TYLER-EL,**

shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation.

### Firearms Forfeiture

3. As a result of the offenses set forth in Count One through Count Three of this Indictment, the defendant,

**DANTE TYLER-EL,**

shall forfeit to the United States the firearm identified in those counts and involved in those offenses.

### Substitute Assets

4. If, as a result of any act or omission of the defendants, any such property subject to forfeiture:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of substitute property.

18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Robert K. Hur* (signature)
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: July 24, 2019